**Jaycee DUGARD, individually, and as Guardian Ad Litem, for her Minor Child, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 13-17596**

United States Court of Appeals, Ninth Circuit.

Filed August 26, 2016

Dale F. Kinsella, Esquire, Attorney, Amber Holley Melius, Esquire, Attorney, David Wesley Swift, Esquire, Attorney, Jonathan Steinsapir, Esquire, Attorney, Kinsella Weitzman Iser Kump & Aldisert LLP, Santa Monica, CA, for Plaintiff–Appellant

Patrick G. Nemeroff, DOJ—U.S. Department of Justice, Washington, DC, for Defendant–Appellee

Before: CLIFTON and OWENS, Circuit Judges, and SMITH,* Chief District Judge.

Rhode Island, sitting by designation.

## ORDER

Plaintiff–Appellant's request for publication, filed March 29, 2016, is GRANTED. The memorandum disposition filed March 15, 2016, is withdrawn and replaced with an opinion filed together with this order. Further petitions for rehearing or rehearing en banc may be filed.